IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH M. BIENEMY                                                                PETITIONER
ADC #140798

V.                            NO. 5:12cv00243 DPM-JTR

RAY HOBBS, Director,                                                             RESPONDENT
Arkansas Department of Correction

### ORDER

Respondent has filed a Response (docket entry #10) arguing that Petitioner's 28 U.S.C. § 2254 claims should be dismissed because the claims (1) are procedurally barred from federal review due to Petitioner's failure to properly raise them in state court, (2) are without merit, (3) were reasonably adjudicated by the state courts, or (4) do not state a basis for federal habeas relief.  A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before November 5, 2012,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 5th DAY OF October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE