# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOSEPH M. BIENEMY                                                                         PETITIONER
ADC #140798

V.                                    NO. 5:12cv00243-JTR

RAY HOBBS, Director,                                                                     RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

DATED this __20th__ day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE